(80 South. 470)

CASTLEMAN v. ROYAL INS. CO. Limited.
(7 Div. 955.)

(Supreme Court of Alabama.    Nov. 28, 1918.)

Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge.

Action between H. L. Castleman and the Royal Insurance Company, Limited. From the judgment rendered, the former appeals. Reversed and remanded.

Riddle & Riddle, of Talladega, for appellant. Knox, Acker, Dixon & Sims, of Talladega, for appellee.

MAYFIELD, J.   This cause is reversed and remanded on the authority of Annie Headley v. Ætna Insurance Co., ante, p. 384, 80 South. 466 (7th Div. 957).